IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRIS MARTIN, | ) |
|         Plaintiff, | ) |
| v. | ) Civil Action No.  2:15CV157-WHA |
| NATIONWIDE CREDIT CORPORATION, et al., | ) |
|         Defendants. | ) |

## **ORDER**

The parties having advised the court that this case has been settled (Doc. #37), it is hereby ORDERED that this case is DISMISSED with prejudice, costs taxed as paid.

DONE this 3rd day of March, 2017.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE